federal question. *William B. Lockhart* and *David W. Louisell* for appellants. ,
.

.

,
,
t

No. —, Original. ALABAMA *v.* TEXAS ET AL.; and

No. —, Original. RHODE ISLAND *v.* LOUISIANA ET AL., *ante,* p. 272. Petitions for rehearing denied. Motion for clarification of the decision also denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications.

No. 494, Misc. BYRNE *v.* HOOPER, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 647. UNITED STATES *v.* SHUBERT ET AL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Robert L. Stern,* then Acting Solicitor General, filed a Statement as to Jurisdiction for the United States, appellant. *Alfred McCormack* and *William Klein* for appellees. 

No. 47. WILBURN BOAT CO. ET AL. *v.* FIREMAN'S FUND INSURANCE Co. C. A. 5th Cir. Certiorari granted. *Hobert Price* and *Alexander Gullett* for petitioners. *Edward B. Hayes* for respondent. 
